■ CITY OF NEW YORK, Respondent-Appellant, v BusTop SHELTERS, INC., Appellant-Respondent.—Order, Supreme Court, New York County, entered on October 22, 1979, unanimously affirmed, for the reasons stated by Kassal, J., at Trial Term, without costs and without disbursements. Concur—Birns, J. P., Fein, Ross, Lupiano and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEN SCHWARTZ, Appellant.—Judgment, Supreme Court, New York County, rendered on May 4, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Fein, Ross, Lupiano and Bloom, JJ.